**FILED**

ZENO B. BAUCUS
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: zeno.baucus@usdoj.gov

JUN 0 4 2020

Clerk, U.S District Court
District Of Montana
Great Falls

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 20- 47 -BLG- SPW |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | PROHIBITED PERSON IN POSSESSION OF A FIREARM<br>Title 18 U.S.C. § 922(g)(8) (Count I)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release) |
| CHAD HENRY SWOBODA, | |
| Defendant. | |
| | FALSE STATEMENT DURING FIREARMS TRANSACTION<br>Title 18 U.S.C. § 922(a)(6) (Counts II-III)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release) |
| | CRIMINAL FORFEITURE<br>Title 18 U.S.C. § 924(d) |

THE GRAND JURY CHARGES:

1

## COUNT I

That on or about February 21, 2020, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, CHAD HENRY SWOBODA, knowing he was subject to a court order, issued after a hearing of which he received actual notice, and at which he had an opportunity to participate, restraining him from harassing, stalking, and threatening an intimate partner, that by its terms explicitly prohibited the use, attempted use or threatened use of physical force against such intimate partner that would reasonably be expected to cause bodily injury, knowingly possessed, in and affecting interstate commerce, a firearm, in violation of 18 U.S.C. § 922(g)(8).

## COUNT II

That on or about March 19, 2020, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, CHAD HENRY SWOBODA, in connection with his acquisition of a firearm from First National Pawn, a licensed firearms dealer, knowingly made a false and fictitious written statement to that dealer which was likely to deceive First National Pawn, as to a fact material to the lawfulness of such acquisition of said firearm by the defendant under chapter 44 of Title 18, that is, the defendant represented on an ATF Firearms Transaction Record Form 4473 that he was not subject to a valid court order restraining him from harassing, stalking, and threatening an intimate partner, where in truth and fact, he

was subject to a valid court order restraining him from harassing, stalking, and threatening an intimate partner, in violation of 18 U.S.C. § 922(a)(6).

## COUNT III

That on or about April 23, 2020, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, CHAD HENRY SWOBODA, in connection with his acquisition of a firearm from First National Pawn, a licensed firearms dealer, knowingly made a false and fictitious written statement to that dealer which was likely to deceive First National Pawn, as to a fact material to the lawfulness of such acquisition of said firearm by the defendant under chapter 44 of Title 18, that is, the defendant represented on an ATF Firearms Transaction Record Form 4473 that he was not subject to a valid court order restraining him from harassing, stalking, and threatening an intimate partner, where in truth and fact, he was subject to a valid court order restraining him from harassing, stalking, and threatening an intimate partner, in violation of 18 U.S.C. § 922(a)(6).

## FORFEITURE ALLEGATION

If convicted of any offense charged in this indictment, the defendant, CHAD HENRY SWOBODA, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearm

//

//

//

involved in a knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

KURT G. ALME
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons ____
Warrant: ✓
Bail: ____

4