IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHAD HENRY SWOBODA,<br><br>Defendant. | CR 20-47-BLG-SPW<br><br><br><br>ORDER |
|---|---|

Upon the United States' Motion to Dismiss Indictment Without Prejudice (Doc. 16), and for good cause shown,

IT IS HEREBY ORDERED that the indictment in the above-captioned matter is **DISMISSED WITHOUT PREJUDICE**.

IT IS FURTHER ORDERED that the trial presently set for October 13, 2020 is **VACATED**.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 24th day of September, 2020.

SUSAN P. WATTERS
United States District Court Judge

1